**From:** Espinoza-Vera, Barbara
**To:** coa4notices
**Subject:** Mandate Receipt Acknowledgement - Case No. 04-14-00323-CR [ DATE 09/14/15 ]
**Date:** September 15, 2015 10:49:27 AM

RE: Case No. 04-14-00323-CR [ DATE 09/14/15 ]

Pursuant to Rule 51.2(a)(1) T.R.A.P., I hereby acknowledge receipt of the mandate of the Fourth Court of Appeals via this email response.